# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIU WONG,<br><br>                    Petitioner,<br><br>vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>                    Respondents. | Civil No.   08-1310 L (BLM)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a detainee in the custody of the Department of Homeland Security, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner has also filed a request to proceed in forma pauperis which reflects a $25.00 trust account balance at the facility in which he is presently confined. It appears Petitioner can afford the $5.00 filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, no later than **September 29, 2008**, provide the Court with: (1) a copy of this Order together with the $5.00 filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee. **THE CLERK OF COURT IS DIRECTED TO MAIL**

/ / /

/ / /

/ / /

1 | **PETITIONER A BLANK MOTION TO PROCEED IN FORMA PAUPERIS FORM**
2 | **WITH THIS ORDER.**
3 |     **IT IS SO ORDERED.**
4 | DATED: July 23, 2008

                                      M. James Lorenz
                                      United States District Court Judge