UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHIU WONG, | ) | Civil No. 08cv1310 L(BLM) |
| Petitioner, | ) ) ) | **ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL [doc.** |
| v. | ) ) | **#3] and TO SHOW CAUSE WHY THIS PETITION SHOULD NOT BE** |
| MICHAEL CHERTOFF, *et al.*, | ) ) | **GRANTED** |
| Respondents. | ) ) ) | |

Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and a motion for appointment of counsel under 18 U.S.C. § 3006A.

**1. Motion for Appointment of Counsel**

Petitioner moves for appointment of counsel under 18 U.S.C. § 3006A(a)(2). Under this statute, the district court may appoint counsel for financially eligible petitioners seeking relief under 28 U.S.C. § 2241 when the interests of justice so require. The Court considers whether there is a likelihood of success on the merits and whether the unrepresented petitioner has the ability to articulate his claims in light of the complexity of the issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Petitioner has paid the $5.00 filing fee but he is unable to obtain counsel with his limited financial resources. The Court finds that petitioner is financially eligible for a court-appointed attorney.

1    Petitioner, a native of Hong Kong, is an United States lawful permanent resident who is
2 under a final order of removal.  The Ninth Circuit Court of Appeals is currently considering
3 petitioner's petition for review and has granted his motion for stay.  Petitioner has been in
4 respondents' custody since May 17, 2007.  He argues his continued detention beyond the
5 statutory removal period is unlawful in light of *Tijani v. Willis*, 430 F.3d 1241 (9th Cir. 2005)
6 and *Nadarajah v. Gonzales*, 443 F.3d 1069 (9th Cir. 2006).   Upon review of the petition and
7 under *Tijani* and *Nadarajah*, the Court finds it is likely Petitioner will prevail on the merits of his
8 claim based on his prolonged detention.

9    The Court finds that many of the issues  raised in this action regarding indefinite
10 detainees are novel, complex, and difficult as demonstrated in the conflicting decisions entered
11 in this district.  Thus, Petitioner may not be able to adequately address the intricate legal
12 arguments that are appropriate to their constitutional and statutory claims.  Further, Petitioner
13 may not be able to obtain discovery without the aid of counsel.  Accordingly, having carefully
14 considered the Petitioner's motion, the record, and applicable law, the Court concludes that the
15 interests of justice require appointment of counsel.   Based upon Petitioner's motion and the
16 declaration of James Fife, an attorney with the Federal Defenders of San Diego, Inc., who
17 indicates he is ready and able to assist the Petitioner, the Court appoints the Federal Defenders of
18 San Diego, Inc. to represent Petitioner.   Petitioner's motion for appointment of counsel is
19 **GRANTED.**

20 **2.      Order to Show Cause**.

21    Having received and reviewed Petitioner's petition for writ of habeas corpus under 28
22 U.S.C. § 2241, **IT IS HEREBY ORDERED**:

23    Respondents shall file a return to the petition for writ of habeas corpus on or before
24 **December 1, 2008.**  Respondents shall include copies of all pertinent documents, orders, and
25 / / /
26 / / /
27 / / /
28 / / /

1 transcripts relevant to this motion, and shall also make a recommendation regarding the need for
2 an evidentiary hearing on the merits of the Petition. Petitioner shall file a traverse on or before
3 **January 5, 2009**. The matter will be deemed under submission at that time.

**IT IS SO ORDERED.**

DATED: November 3, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL