1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11   CHIU WONG,                           )   Civil No. 08cv1310 L(BLM)
                                          )
12                    Petitioner,         )   **ORDER GRANTING JOINT**
                                          )   **MOTION FOR VOLUNTARY**
13   v.                                   )   **DISMISSAL OF THIS ACTION [doc.**
                                          )   **#11]**
14   MICHAEL CHERTOFF, *et al.*,          )
                                          )
15                    Respondents.        )
                                          )
16   _____        )

17        Good cause appearing, the parties' joint motion for voluntary dismissal without prejudice

18   of this action is **GRANTED.**  The Clerk of the Court is directed to close this case.

19        **IT IS SO ORDERED.**

20   DATED:  December 10, 2008

21                                        _____

22                                        M. James Lorenz
                                          United States District Court Judge

23

24   COPY TO:

25   HON. BARBARA L. MAJOR
     UNITED STATES MAGISTRATE JUDGE
26

27   ALL PARTIES/COUNSEL

28

                                                                          08cv1310

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08cv1310